No. 98–5344.  BARBOUR v. MICHIGAN DEPARTMENT OF SOCIAL SERVICES.  Ct. App. Mich.  Certiorari denied.

No. 98–5345.  CANINO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–5346.  COOKE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5347.  VALDERRAMA-HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–5348.  WILLIAMS v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 98–5349.  BILLUPS v. TRAXLER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–5351.  BYRD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5352.  BARKLEY v. PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5353.  DROTAR v. BOARD OF COMMISSIONERS ON JUDICIAL STANDARDS ET AL.  Sup. Ct. S. C.  Certiorari denied.

No. 98–5354.  GUTIERREZ-HERMOSILLO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–5355.  DOUGLAS v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 98–5357.  HOLLINS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 98–5358.  DOYLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5359.  DEAN v. CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.